# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **YOLONDA ARMSTRONG-YOUNG**,<br><br>Relator,<br><br>v.<br><br>**CARELINK HOSPICE, INC.,** a California corporation,<br><br>Defendant. | Case No.: **CV-15-04095-WHO**<br><br>**ORDER EXTENDING TIME; RESETTING HEARING DATE** |

## ORDER

The foregoing administrative motion having been presented to the Court and good cause appearing,

**IT IS ORDERED**

(1) The Relator's motion to for additional time to file her opposition to Defendant's Motion to Dismiss (Document 30) is **GRANTED**. Relator's opposition memorandum is now due August 24, 2018.

(2) Defendant's Reply Memorandum is now due August 31, 2018.

(3) The hearing on the motion to dismiss is RESET to September 19, 2018, 2:00 p.m.

Dated: August 20, 2018

_____

WILLIAM H. ORRICK, UNITED STATES DISTRICT JUDGE